**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| **STEVE SCHUTZ,** | ) | |
| | ) | |
| **Plaintiff,** | ) | 2:10-cv-02284-WEB -KMH |
| | ) | |
| v. | ) | Judge Brown |
| | ) | Magistrate Judge Humphreys |
| **PHILLIPS & COHEN & ASSOCIATES, LTD.** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**STIPULATION TO DISMISS PURSUANT TO SETTLEMENT**

By agreement, the parties to the above-captioned action, by and through their respective attorneys, state as follows:

1. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate and agree that the above-captioned action shall be dismissed without costs to either party in anticipation that all costs shall be paid and all matters in controversy for which said action was brought shall be fully settled, compromised and adjourned.

2. The parties stipulate that the dismissal of the above captioned matter shall be *without* prejudice, without costs to either party, and with leave for any party to seek reinstatement within forty-five (45) days from the date of entry of this Stipulation to Dismiss.

3. The parties further stipulate that if this case has not been reinstated within forty-five (45) days from the date of entry of this Stipulation, or a motion for reinstatement has

1

2

not been filed by said date, then the dismissal of this case shall automatically convert from a dismissal *without* prejudice to a dismissal *with* prejudice.

**Date:**  September 7, 2010

| For Plaintiff, Steve Schutz | For Defendant, Phillips & Cohen & Associates, Ltd. |
|---|---|
| /s with consent David M. Marco | /s Richmond M. Enochs |
| Larry P. Smith & Associates, Ltd. | Wallace Saunders Austin Brown & Enochs, Chtd. |
| 205 N. Michigan Ave., 40th floor | 10111 West 87th Street |
| Chicago, Illinois 60601 | Overland Park KS 66212 |
| **Telephone:** (312) 222-9028 (x812) | **Telephone:** (913) 888-1000 |
| **Facsimile:** (888) 418-1277 | **Facsimile:** (913) 888-1065 |
| **E-mail:** dmarco@smithlaw.us | **E-Mail:** rme@wsabe.com |